INDUSTRIAS AUXILIARES
FAUS S.L., Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Unilin Beheer B.V., Flooring Industries, Ltd., and Unilin Flooring
N.C. LLC, Intervenors.

No. 2007–1310.

United States Court of Appeals,
Federal Circuit.

Oct. 19, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).